**Order entered October 31, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00238-CR

### JOSE EDUARDO GUERRERO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 6
Dallas County, Texas
Trial Court Cause No. F15-75211-X**

## ORDER

We **REINSTATE** this appeal.

We abated the appeal for the trial court to conduct a hearing regarding Defendant's Exhibit 14. On October 29, 2018, the trial court held a hearing, and that same day, filed its findings.

An opinion will issue in due course.

/s/    LANA MYERS
        PRESIDING JUSTICE